In the Matter of LEO RABOUINE, Appellant, against JOSEPH A. McNAMARA et al., Constituting the Civil Service Commission of the City of New York, et al., Respondents.

Argued May 24, 1950; decided November 30, 1950.

*Robert J. Eliasberg* for appellant.

*John P. McGrath, Corporation Counsel (Henry J. Shields* and *Seymour B. Quel* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.